JS-6

FILED
CLERK, U.S. DISTRICT COURT

DEC 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HANSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PROFESSIONAL COLLECTION CONSULTANTS, a California corporation; CLARK GAREN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV12-09554 MWF (Rzx)<br><br>[PROPOSED] ORDER<br><br>Each party to bear his, its, or his own attorneys fees. |

TO ALL PARTIES AND THEIR COUNSEL:

Based upon the request for dismissal filed by plaintiff JULIE HANSON, IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 21, 2012

_____
JUDGE OF THE U.S. DISTRICT COURT

1